UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                  Hon. Janet T. Neff

v.

                                  Case No. 1:17-cr-00181

ISABELLA FELLANI TIEDEMANN,

      Defendant.

_____/

## REPORT AND RECOMMENDATION

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on June 7, 2018, after receiving the written consent of defendant and all counsel.  At the hearing, defendant Isabella Fellani Tiedemann entered a plea of guilty to Count 1 Superseding Indictment in exchange for the undertakings made by the government in the written plea agreement.  In Count 1 Superseding Indictment, defendant is charged with conspiracy to commit fraud in violation of 18 U.S.C. §§ 1349 and 1343.   On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

Accordingly, I recommend that defendant's plea of guilty to Count 1

Superseding Indictment be accepted, that the court adjudicate defendant guilty,

and that the written plea agreement be considered for acceptance at the time of

sentencing.  Acceptance of the plea, adjudication of guilt, acceptance of the plea

agreement, and imposition of sentence are specifically reserved for the district

judge.


Date: June 7, 2018                                    /s/ Timothy P. Greeley_____
                                                      TIMOTHY P. GREELEY
                                                      United States Magistrate Judge


### NOTICE TO PARTIES

You have the right to <u>de novo</u> review of the foregoing findings by the district
judge.  Any application for review must be in writing, must specify the portions of
the findings or proceedings objected to, and must be filed and served no later
than14 days after the plea hearing.  *See* W.D. MICH. L.CR.R. 11.1(d).